# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEXIS MIRANDA<br><br>           Defendant. | 4:23CR3040<br><br>**RELEASE ORDER** |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 5, 2023

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional condition:

    a.   You must attend, successfully complete, and pay for an approved cognitive-behavioral based program, as directed by the probation officer.

July 5, 2023.

                                               BY THE COURT:

                                               *s/ Cheryl R. Zwart*
                                               United States Magistrate Judge